# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1873
Lower Tribunal No. 14-24599
_____

**RBAR Holdings, LLC,**
Appellant,

vs.

**18101 Collins Avenue
Condominium Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Wasson & Associates, Chartered, and Roy D. Wasson, for appellant.

Boyd Richards Parker Colonnelli, and Elaine D. Walter, and Yvette Lavelle, for appellee.

Before LOGUE, C.J., and EMAS, and LINDSEY, JJ.

PER CURIAM.

Affirmed.